STATE v. BECTON

No. 328P02

Case below: 150 N.C. App. 714

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. BOEKENOOGEN

No. 689P01

Case below: 147 N.C. App. 292

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. CAGLE

No. 336A95-2

Case below: Cumberland County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 15 August 2002.

STATE v. CAMP

No. 304P02

Case below: 150 N.C. App. 714

Petition by defendant-appellant pro se for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. CHRISTIAN

No. 291P02

Case below: 150 N.C. App. 77

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.